■ BOARD OF MANAGERS OF WEST AMHERST OFFICE PARK CONDOMINIUM, Appellant, v RMFSG, LLC, Respondent, et al., Defendants. (Appeal No. 2.) [60 NYS3d 890]—Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered November 10, 2016. The order denied plaintiff's motion seeking, inter alia, summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Board of Mgrs. of W. Amherst Off. Park Condominium v RMFSG, LLC* ([appeal No. 1] 153 AD3d 1611 [2017]). Present—Whalen, P.J., Peradotto, Lindley, NeMoyer and Curran, JJ.